**Order entered May 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01689-CV

---

### INWOOD NATIONAL BANK, Appellant

### V.

### WELLS FARGO BANK, N.A. AS TRUSTEE AND U.S. TRUST BANK, BANK OF AMERICA PRIVATE WEALTH MANAGEMENT, Appellee

---

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04907**

---

## ORDER

We **GRANT** U.S. Trust Bank, Bank of America Private Wealth Management's request, in their May 20, 2014 motion for extension of time to file appellant's brief, to vacate the current briefing deadline because the record is incomplete. We **ORDER** Sheretta Martin, Official Court Reporter of the 162nd Judicial District Court, to file the record of the December 16, 2013 evidentiary hearing no later than June 6, 2014. We **DIRECT** the Clerk of the Court to remove the current briefing deadlines. Appellants' brief(s) shall be filed within thirty days from the date the missing record is filed. We further **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Martin and the parties.

/Ada Brown/
ADA BROWN
JUSTICE